UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| PETER GRIGG,<br><br>        Plaintiff,<br><br>vs.<br><br>CHIEF JUSTICE MIKE MCGRATH,<br><br>        Defendant. | Case No. CV-22-101-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order dated December 14, 2022 (Doc. 5), judgment is entered in favor of the defendant.

Dated this 14th day of December, 2022.

TYLER P. GILMAN, CLERK

By: /s/ Sarah Nagy
Sarah Nagy, Deputy Clerk